UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

LUCKY WANG 2, INC.,

        Defendant.

Case No. 1:24-CV-3561

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant LUCKY WANG 2, INC., shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
           October 24, 2024

Respectfully submitted,

/s/ Mars Khaimov

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 10/25/24